**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:16-CV-126-JRG-RSP** |
| | § | |
| **LINDA BUTCHER, ET AL.,** | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT, LOOKOUT, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Lookout, Inc., discloses the following: As of August 5, 2016, Lookout, Inc., does not have a parent corporation and there is no publicly traded corporation owning 10% or more of the stock of Lookout, Inc.

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

By: */s/ J. Mark Mann*
   **J. Mark Mann**
   State Bar No. 12926150
   mark@themannfirm.com
   **G. Blake Thompson**
   State Bar No. 24042033
   blake@themannfirm.com

**ATTORNEYS FOR LOOKOUT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on August 5, 2016.

/s/ J. Mark Mann
**J. Mark Mann**