IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY, LLC,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. **3:17-CV-651-L** | |
| § | | |
| **LINDA BUTCHER,** *et al.*, § | | |
| § | | |
| Defendants. § | | |

## ORDER

Before the court are the Motion of Plaintiff's Counsel to Withdraw (Doc. 134), filed February 8, 2017; and the Request to Submit the Motion to Withdraw for Decision (Doc. 143), filed March 16, 2017. In their motions, Plaintiff's counsel, Mr. Luiz Felipe Correa de Oliveira and the law firm of Levy & Grandinetti, requests to withdraw as counsel for Plaintiff in this case and seek of stay of the case pending transfer of the case to the Northern District of Texas. The court **grants** the motions (Docs. 134, 143) to the extent Plaintiff's counsel seeks to withdraw, **allows** Mr. Luiz Felipe Correa de Oliveira and the law firm of Levy & Grandinetti to withdraw as counsel for Plaintiff, and **relieves** them from any further obligation to or representation of Plaintiff in this case. The request to stay is **denied**, as the case has already been transferred and will be consolidated by separate order with related Civil Action No. 3:16-CV-1025-L, in which Plaintiff is already represented by counsel.

**It is so ordered** this 23rd day of March, 2017.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order - Solo Page**